**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**


**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    **vs.**                   **: CIVIL NO: C-1-00-471**
                              **: JUDGE SPIEGEL**
                              **: MAGISTRATE JUDGE HOGAN**

**MELINDA C. NELSON,
aka NELSON MELINDA, MINDY GILLIGAN,**

        **Defendant.**


**PLAINTIFF'S REQUEST TO QUASH
ORDER TO SHOW CAUSE**

      Plaintiff, United States of America, on behalf of the Department of Education, respectfully moves this Honorable Court to quash the Order to Show Cause filed on March 18, 2005 in the above captioned case.  Defendant has provided the requested financial information.  Therefore, it is respectfully requested that the March 18, 2005 Order to Show Cause against Melinda C. Nelson be quashed.


                        Respectfully submitted,

                        GREGORY G. LOCKHART
                        United States Attorney

                        s/ Deborah F. Sanders
                        DEBORAH F. SANDERS    (0043575)
                        Assistant United States Attorney
                        303 Marconi Blvd., Suite 200
                        Columbus, Ohio 43215
                        614-469-5715

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing Plaintiff's Request to Quash Order to Show

Cause was mailed this _____27[th]_____ day of _____April_____ 2005, to Defendant,

Melinda C. Nelson, 173 Fox Avenue, Hamilton, OH 45011 by first class, postage paid mail.


s/ Deborah F. Sanders
DEBORAH F. SANDERS    (0043575)
Assistant United States Attorney