IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.
                        : CIVIL NO: C-1-00-471
                                : JUDGE SPIEGEL
                                : MAGISTRATE JUDGE HOGAN

MELINDA C. NELSON,
aka NELSON MELINDA, MINDY GILLIGAN,

        Defendant.

**ORDER TO QUASH THE
ORDER TO SHOW CAUSE**

    Upon Plaintiff's Motion to Quash Order to Show Cause, and for good cause showing that the Defendant has provided the required financial information,

    **IT IS HEREBY ORDERED** that the March 18, 2005 Order to Show Cause be quashed.

Date:  4/29/05

                                                                UNITED STATES MAGISTRATE JUDGE